October 27, 2015

Ashley Yount

Deputy Clerk

Twelfth Court of Appeals

1517 West Front Street

Suite 354

Tyler, Texas 75702



FILED IN COURT OF APPEALS
12th Court of Appeals District
OCT 30 2015
TYLER TEXAS
PAM ESTES, CLERK

Dear Mrs. Ashley Yount,

I spoke with you on Monday, Oct. 27, 2015 to request records from case 1-09-00451-CR (Marcus Jeffrey Walker). The records requested are Attorney communications to the Court for dates July 6th 2010 and July 8th 2011. I have included a money order for $1.50 and a self-addressed envelope. Thank you again.

Respectfully,

Stacy Dorsey
682.559.9660
sdorsey@txwes.edu
6232 Brentwood Dr.
Fort Worth, TX 76112